**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**MIGUEL CAHUEC-VENTURA #A215-936-069** — **CIVIL ACTION NO. 1:26-CV-04183 SEC P**

**VERSUS** — **JUDGE ALEXANDER C. VAN HOOK**

**WARDEN ELIZABETH CONTRACT DETENTION CENTER** — **MAGISTRATE JUDGE DAVID J. AYO**

# MEMORANDUM ORDER

Before the Court is a PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 [Doc. 1] filed by Petitioner Miguel Cahuec-Ventura ("Cahuec-Ventura"), an immigration detainee at the Winn Correctional Center in Winnfield, Louisiana.

To determine whether Cahuec-Ventura is entitled to relief, and in accordance with the Rules Governing Section 2254 Cases and Standing Order 1.74, THE CLERK IS DIRECTED to serve a copy of the PETITION and a copy of this Order on:

- the United States, the United States Attorney General, and DHS/ICE, through the United States Attorney for the Western District of Louisiana at its designated email address for service; and
- the Warden where Petitioner is detained, by first-class mail.

IT IS ORDERED that a response to the PETITION be filed within **45 days** after electronic service of the Petition and this Order, with supporting summary judgment evidence supporting the legal basis of detention, including whether Petitioner was admitted to the United States when he entered.

IT IS FURTHER ORDERED that Petitioner shall have **14 days** to reply.

After the record is complete and delays have run, the Court will determine if an evidentiary hearing is necessary. If not, a Report and Recommendation will be issued without further notice.

Signed at Lafayette, Louisiana on this 12th day of November, 2026.

DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE